UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CAUSE NO.: 1:22-cr-63-JMS-MG |
| vs. | ) |
| | ) |
| QUINTEZ TUCKER | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## LIMITED APPEARANCE OF COUNSEL

To: The Clerk of this Court and all parties of record:

Charles C. Hayes of the law firm of Hayes Ruemmele LLC is authorized to practice law in this district and hereby enters his appearance as CJA counsel for Defendant for the limited purpose of representing the Defendant at an accept/reject hearing on April 16, 2024.

Respectfully submitted,

HAYES RUEMMELE LLC

By: /s/ *Charles C. Hayes*
Charles C. Hayes
22 E. Washington St.
Ste. 610
Indianapolis IN 46204
Charleshayes.atty@gmail.com
T: 317-491-1050
F: 317-491-1043

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                HAYES RUEMMELE LLC

By: /s/ *Charles C. Hayes*
Charles C. Hayes
22 E. Washington St.
Ste. 610
Indianapolis IN 46204
Charleshayes.atty@gmail.com
T: 317-491-1050
F: 317-491-1043