UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*, | )<br>)<br>) | |
| v. | )<br>) | 1:22-cr-00063-JMS-MG |
| ROBDARIUS WILLIAMS (03),<br>*Defendant*. | )<br>)<br>)<br>) | |

**ENTRY**

On April 16, 2024, Defendant Robdarius Williams (03) appeared in person and by counsel, James Edgar for a status hearing. The Government appeared by counsel, Jeremy Fugate. The hearing was recorded by Court Reporter, Erin Materkowski.

The parties discussed case status, trial readiness and the possibility of an agreed resolution. The defendant was advised of the possible maximum penalties upon conviction. The Government confirmed it had offered a plea agreement, and Defendant confirmed he rejected it. The parties shall file notify the Court if there is a change in circumstances. The trial setting of **May 13, 2024** and the final pretrial conference of **May 3, 2024** dates were confirmed.

The defendant shall remain on the previously ordered condition of release.

Date: 4/16/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

James A. Edgar
J. EDGAR LAW OFFICES, PC.
jedgarlawyer@gmail.com

Jeremy Carl Fugate
DOJ-USAO
jeremy.fugate@usdoj.gov

Counsel for co-defendants