UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:22-cr-00063-JMS-MG |
| ROBDARIUS WILLAIMS (03), | ) | |
| Defendant. | ) | |

**EXHIBIT LIST FOR THE UNITED STATES**

1.

| Number | Description | I.D. | Admit | Denied |
|---|---|---|---|---|
| 1. | Williams' surveillance photo | | | |
| 2. | Chevy Malibu photo 1 | | | |
| 3. | Surveillance video 1 | | | |
| 4. | Chevy Malibu photo 2 | | | |
| 5. | AT&T robbery photo 1 | | | |
| 6. | AT&T robbery photo 2 | | | |
| 7. | AT&T robbery video 1 | | | |
| 8. | AT&T robbery video 2 | | | |
| 9. | AT&T robbery photo 3 | | | |
| 10. | Surveillance video 2 | | | |
| 11. | Chevy Malibu photo 3 | | | |

| | | | | |
|---|---|---|---|---|
| 12. | Chevy Malibu photo 4 | | | |
| 13. | Williams' arrest photo | | | |
| 14. | Post arrest search photo 1 | | | |
| 15. | Post arrest search photo 2 | | | |
| 16. | Post arrest search photo 3 | | | |
| 17. | Firearm | | | |
| 18. | AT&T recovered merchandise | | | |
| 19. | Map of relevant locations -12-3-22 | | | |

2. The United States respectfully reserves the right to amend this list based on any pretrial Order of the Court with respect to admissibility of certain evidence, stipulations, the status of ongoing investigations, or for any other reason prior to trial.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   /s/ Jeremy C. Fugate
   Jeremy C. Fugate
   Peter A. Blackett
   Assistant United States Attorney
   Office of the United States Attorney
   10 W. Market Street, Suite 2100
   Indianapolis, IN 46204-3048
   Telephone: (317) 226-6333
   Fax:  (317) 226-6125
   Email:  Jeremy.Fugate@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2024, copies of the foregoing were filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

By: /s/ Jeremy C. Fugate
Jeremy C. Fugate
Assistant United States Attorney