UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO. 1:22-cr-00063-JMS-MG |
| ROBDARIUS WILLIAMS, | ) ) ) | -03 |
| Defendant. | ) | |

**ORDER**

The United States of America, by counsel, moved the Court to dismiss Count One of the Indictment as to Defendant Robdarius Williams it is ORDERED that the Motion to Dismiss Count One of the Indictment as to Robdarius Williams (03) is hereby **GRANTED** [113].

SO ORDERED.

Date: 4/24/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification