UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 1:22-cr-00063-JMS-MG |
| *vs.* | ) | |
| | ) | |
| ROBDARIUS WILLIAMS, | ) | -03 |
| | ) | |
| *Defendant.* | ) | |

## **ORDER**

On April 24, 2024, the Court granted the Government's Motion to Dismiss Count 1 of the Indictment as against Defendant Robdarius Williams. [Filing No. 116.] That left Counts 16 and 17 pending against Mr. Williams. [*See* Filing No. 1.] Pursuant to the Court's Order, the Government filed a Redacted Indictment for presentment to the jury at the trial in this matter. [Filing No. 132-1.] The Redacted Indictment, which was presented to the jury at the trial which began on May 13, 2024, reflected the dismissal of Count 1, deleted the Counts in which Mr. Williams was not named, and re-numbered Counts 16 and 17 as Counts 1 and 2, respectively. [Filing No. 132-1.] The parties agreed to the form of the Redacted Indictment and to the renumbering of Counts 16 and 17 to Counts 1 and 2, respectively, for purposes of trial and to avoid confusion to the jury as to seemingly missing counts. [*See* Filing No. 127 at 1-2.]

Consistent with the parties' agreement, the jury's verdict of guilty as to Count 1 of the Redacted Indictment shall be entered as a verdict of guilty as to Count 16 of the Indictment, and the jury's verdict of guilty as to Count 2 of the Redacted Indictment shall be entered as a verdict of guilty as to Count 17 of the Indictment.

1

Date: 5/14/2024

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**