UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  *Plaintiff*,  )<br>  )        1:22-cr-00063-JMS-MG<br>  *vs.*  )<br>  )<br>ROBDARIUS WILLIAMS,  )<br>  )<br>  *Defendant.*  ) | |

## VERDICT

### Count 1 – Aiding the Interference with Commerce by Robbery

With respect to the charge of aiding the interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a) and 2, as described in Count 1 of the Indictment, we, the jury, unanimously find the Defendant Robdarius Williams as follows:

GUILTY __X__          NOT GUILTY _____



## VERDICT

### Count 2 – Aiding the Brandishing of a Firearm in Furtherance of a Crime of Violence

With respect to the charge of aiding the brandishing of a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2, as described in Count 2 of the Indictment, we, the jury, unanimously find the Defendant Robdarius Williams as follows:

GUILTY __X__          NOT GUILTY _____

If you found the Defendant guilty, you may skip the next question and sign and date the verdict form.

If you found the Defendant not guilty, proceed to the next question.

With respect to the lesser included offense of Count 2, aiding the possession of a firearm in furtherance of a crime of violence, we, the jury, unanimously find the Defendant Robdarius Williams as follows:

GUILTY _____          NOT GUILTY _____

Date: 5/14/2024



FOREPERSON

2