UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-00063-JMS-MG |
| | ) | |
| ROBDARIUS WILLIAMS, | ) -03 | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 12, 2024, the Court received a letter from Defendant, pro se, even though he continues to be represented by counsel. The Defendant is advised that this letter will be forwarded, unread, to his counsel, who will decide whether and in what form to present the information contained in it to the Court. Counsel is ordered to remind his client that he should not send letters directly to the Court. Mr. James Edgar shall file a notice with the Court confirming that he has made contact with Mr. Willilams **on or before July 31, 2024.**

Date: 7/15/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

James A. Edgar
J. EDGAR LAW OFFICES, PC.
jedgarlawyer@gmail.com

Jeremy Carl Fugate
DOJ-USAO
jeremy.fugate@usdoj.gov