UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 1:22-cr-00063-JMS-MG-3 ) |
| Robdarius Williams, | ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is given that Robdarius Williams, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the conviction and sentence entered in this action entered on the 18th of September, 2024.

Respectfully submitted,

*/s/ James A. Edgar*
James A. Edgar, Attorney #18619-49
J. Edgar Law Offices, P.C.
1512 N. Delaware St.
Indianapolis, IN  46202
317-472-4000
Fax: 317-472-0640
jedgarlawyer@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendant's Notice of Appeal was served on all parties of record by electronic means via Pacer/ECF on September 23, 2024:

*/s/ James A. Edgar*
James Edgar