# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:22−cr−00063−JMS−MG |
| ) | |
| QUINTEZ TUCKER ) | |
| Defendant(s) ) | |

## **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty−one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: <u>November 25, 2024</u>            <u> s/   Erin Materkowski     </u>
                                          Court Reporter

## **Certificate of Service**

I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non−registered participants by first−class U.S. Mail, postage prepaid.

                                          <u>s/   Erin Materkowski     </u>
                                          Court Reporter