UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:22-cr-00063-JMS-MG |
| | ) | |
| QUINTEZ TUCKER, ET AL, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF NON-REDACTION OF TRANSCRIPT

Comes now the United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and Peter A. Blackett, Assistant United States Attorney, and pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, hereby notifies the Court that pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, it has reviewed the transcripts:

| Defendant | Transcript Type | Date | Docket |
|---|---|---|---|
| Robdarius Williams (03) | Final Pretrial Hearing | 5/3/2024 | 204 |
| Robdarius Williams (03) | Jury Trial Day 2 | 5/14/2024 | 207 |
| Robdarius Williams (03) | Sentencing Hearing | 9/17/2024 | 209 |
| Robdarius Williams (03) | Status Conference | 4/16/2024 | 213 |
| Robdarius Williams (03) | Voir Dire | 5/13/2024 | 215 |
| Quintez Tucker (01) | Change of Plea Hearing | 4/16/2024 | 217 |
| Quintez Tucker (01) | Volume I of Sentencing Hearing | 9/10/2024 | 218 |
| Quintez Tucker (01) | Volume II of Sentencing Hearing | 9/18/2024 | 219 |

The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

        Respectfully submitted,

        JOHN E. CHILDRESS
        Acting United States Attorney

By:   /s/ Peter A. Blackett
       Peter A. Blackett
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the appropriate parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       /s/ Peter A. Blackett
       Peter A. Blackett
       Assistant United States Attorney
       United States Attorney's Office
       10 West Market Street, Suite 2100
       Indianapolis, Indiana 46204
       Telephone: (317) 226-6333
       Email:  Peter.Blackett@usdoj.gov