UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:22-cr-00063-JMS-MG |
| | ) | |
| ROBDARIUS WILLIAMS, | ) | -03 |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO SEAL DOCUMENT

The United States of America, by counsel John E. Childress, Acting United States Attorney for the Southern District of Indiana, Peter A. Blackett, Assistant United States Attorney hereby files this Motion to Seal and offers the following in support of its motion:

1. The Government filed its redaction statement on March 10, 2025 (Dkt. 223).

2. Counsel was notified that original transcript had been released for the public to see (Dkt. 206).

3. Since the government's redaction statement was filed, a redacted version of the transcript has been docketed (Dkt. 224).

4. The original transcript should be placed under seal because it contains PII.

The United States of America, by counsel respectfully requests the Court issue an Order sealing Dkt. 223.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:  /s/ Peter A. Blackett
Peter A. Blackett
Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that I filed a copy of the foregoing Motion to Seal Document electronically on April 4, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:  /s/ Peter A. Blackett
     Peter A. Blackett
     Assistant United States Attorney
     Office of the United States Attorney
     10 West Market Street, Suite 2100
     Indianapolis, Indiana 46204
     Telephone:   317 226-6333